

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2022

No. 04-22-00387-CR

**EX PARTE** Franklin Jose **VELASQUEZ MARTINEZ**
Appellant

From the County Court, Kinney County, Texas
Trial Court No. 10369CR
Honorable Roland Andrade, Judge Presiding

## O R D E R

On December 8, 2022, appellant filed an unopposed second motion requesting an extension of time to file appellant's reply brief. The motion is GRANTED. Appellant's reply brief is due **no later than December 28, 2022**.

It is so **ORDERED** on December 9, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT